```
UNITED STATES DISTRICT COURT
            FILED

        May 5, 2000

EASTERN DISTRICT OF LOUISIANA
        Loretta G. Whyte
            Clerk
```

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LOUISIANA ACORN FAIR HOUSING, INC.          CIVIL ACTION

VERSUS                                       NO. 00-122

THOMAS ENELOW, ET AL                         SECTION "L"

### PRELIMINARY CONFERENCE NOTICE

A **PRELIMINARY CONFERENCE** will be held **BY TELEPHONE** on **THURSDAY, JUNE 1, 2000,** at **10:30 AM,** for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates.

**TRIAL COUNSEL** are to participate in this conference.   If, however, you are unable for good cause to do so, another attorney in your firm may participate if acquainted with all details of the case and authorized to enter into any necessary agreements.  If, for good cause, neither is possible, you must file a Motion and Order to Continue at least one week prior to the above date.

Gaylyn M. Lambert
Courtroom Deputy Clerk, Section L
504-589-7686

### NOTICE
**COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.**

**COUNSEL ARE HEREBY NOTIFIED THAT, UPON WRITTEN REQUEST JOINED BY ALL PARTIES FOLLOWING A RULE 26(f) CONFERENCE, A JUDICIAL OFFICER WILL CONDUCT A CONFERENCE IN LIEU OF THE ABOVE REFERENCED PRELIMINARY CONFERENCE TO ESTABLISH A SPECIAL CASE MANAGEMENT AND SCHEDULING ORDER, UPON A SHOWING THAT THE COMPLEXITY OR SIMPLICITY OF THE CASE, ITS ANTICIPATED DISCOVERY NEEDS, OR OTHER FACTORS MAKE SUCH A CONFERENCE DESIRABLE.**

```
FEE_____
XXPROCESS_____
XXDOCKET_____
XXCTRM DEP____
DOCUMENT NO____
```