

**MINUTE ENTRY**
**FALLON, J.**
**JULY 11, 2000**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LOUISIANA ACORN FAIR HOUSING, INC.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NUMBER 00-122** |
| **THOMAS ENELOW, ET AL.** | * | **SECTION "L" (5)** |

A status conference in the above captioned matter was held in Chambers on this date at 1:30 p.m. In attendance were Elliot Ross Buckley for the Enelow defendants and William M. Hall for defendant State Farm Fire & Casualty Insurance Company. Plaintiff's counsel failed to appear at the conference, which was scheduled in the Court's Minute Entry of June 1, 2000, despite two calls to her office by the Court's staff. The position letter submitted by defense counsel indicates that plaintiff has a history of failing to participate in discovery, including a failure to respond to discovery propounded on plaintiff well over two months ago.

Accordingly, IT IS ORDERED that within five (5) days from this date, counsel for plaintiff show cause, in writing, why this case should not be dismissed for failure to prosecute or for failure to respond to discovery requests.

DATE OF ENTRY
JUL 1 3 2000