

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUL 14 PM 4:53

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**FALLON, J.**
**JULY 13, 2000**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LOUISIANA ACORN FAIR HOUSING, INC.** * | | **CIVIL ACTION** |
| **VERSUS** * | | **NUMBER 00-122** |
| **THOMAS ENELOW, ET AL.** * | | **SECTION "L" (5)** |

The Court is in receipt of a letter from plaintiff's counsel explaining her failure to appear at the status conference held on July 11, 2000 at 3:30 p.m.  IT IS ORDERED that a status conference SHALL BE HELD in Chambers on August 7, 2000 at 3:30 p.m.  IT IS FURTHER ORDERED that no later than two days before the conference, counsel SHALL submit to the Court a brief status letter outlining the status of the case.  The letter should be no more than two pages long and may be faxed directly to Chambers at (504) 589-6966.

DATE OF ENTRY
JUL 1 7 2000

Fee_____
Process___
X Dktd_____
___CtRmDep__