FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG -1 AM 9:31

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**JULY 31, 2000**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| LOUISIANA ACORN FAIR HOUSING, INC. | CIVIL ACTION |
| versus | NUMBER 00-0122 |
| THOMAS ENELOW, ET AL. | SECTION "L" (5) |

A settlement conference is scheduled in the above-captioned case on Tuesday, September 5, 2000 at 2:00 P.M. before Magistrate Judge Sally Shushan, located at 501 Magazine Street, Room B-345, New Orleans, Louisiana.

**On or before August 31, 2000,** each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced,** briefly outlining any liability dispute, the damages, the value of the case and what realistic amount the respective party would be willing to offer/accept to settle this matter. **The letter/memorandum may be faxed directly to my chambers at 504-589-4994.** All counsel are to have access to **someone with full settlement authority.**

DATE OF ENTRY
AUG 0 1 2000

_____
SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

Fee_____
Process___
X Dktd_____
CtRmDep____
Doc.No._____