```
                                              FILED
                                         U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA

                                         2000 AUG 10  PM 1:44

                                          LORETTA G. WHYTE
                                                CLERK
```

**MINUTE ENTRY**
**FALLON, J.**
**AUGUST 7, 2000**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LOUISIANA ACORN FAIR HOUSING, INC.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NUMBER 00-122** |
| **THOMAS ENELOW, ET AL.** | * | **SECTION "L" (5)** |

A status conference in the above captioned matter was held in Chambers on this date at 3:30 p.m. In attendance were Alexandra E. Mora for the plaintiff, Elliot Ross Buckley for the Enelow defendants and William M. Hall for defendant State Farm Fire & Casualty Insurance Company. Counsel indicated that discovery was proceeding. The Court stated that the trial date selected by counsel at the preliminary conference was firm and would be enforced. The Court being advised by counsel that a settlement conference with the United States Magistrate Judge is scheduled for September 5, 2000, IT IS ORDERED that a telephone status conference SHALL BE HELD on Thursday, September 7, 2000 at 1:30 p.m.

```
DATE OF ENTRY
AUG 1 0 2000
```