

MINUTE ENTRY
FALLON, J.
SEPTEMBER 7, 2000

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LOUISIANA ACORN FAIR HOUSING, INC. | * | CIVIL ACTION |
| VERSUS | * | NUMBER 00-122 |
| THOMAS ENELOW, ET AL. | * | SECTION "L" (5) |

A status conference in the above captioned matter was held in Chambers on this date at 1:30 p.m. In attendance were Alexandra E. Mora for the plaintiff. Participating by telephone were Elliot Ross Buckley for the Enelow defendants and James Hailey for defendant State Farm Fire & Casualty Insurance Company. Counsel indicated that discovery was proceeding and settlement negotiations were still ongoing. The Court reinforced the firmness of the trial date and approaching deadlines.

DATE OF ENTRY
SEP 0 8 2000