U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

SEP 27 2000   2000 SEP 27 AM 8:38

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**SEPTEMBER 26, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUISIANA ACORN FAIR HOUSING, INC.** | **CIVIL ACTION** |
| versus | **NUMBER 00-0122** |
| **THOMAS ENELOW, ET AL.** | **SECTION "L" (5)** |

Following discussions among the parties, the above-captioned case has settled. The U.S. District Judge's chambers have been notified. Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

_____
SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
SEP 2 7 2000

Fee____
Process____
X ____
___ CtRmDep____
Doc.No. 16