IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 SEP 27  PM 3: 17

LORETTA G. WHYTE
       CLERK
```

| | |
|---|---|
| LOUISIANA ACORN FAIR HOUSING, INC., ) | |
| Plaintiff, ) | |
| ) | CASE NO. 00-0122 |
| versus ) | |
| ) | Sec. L, Mag. 5 |
| THOMAS ENELOW, ET AL. ) | |

### Plaintiff's UNOPPOSED Motion to Continue the Hearing on Defendants' Motion for Summary Judgment.

NOW COMES PLAINTIFF, Louisiana ACORN Fair Housing, through undersigned counsel, and hereby request that this Court grant this **unopposed** motion for a continuance of the hearing on summary judgment.

1) Defendants have filed a motion for summary judgment, which is set for hearing on October 11, 2000. Defendants have requested oral argument.

2) According to the local rules, an opposition is due 8 calendar days prior to the date of the hearing, which is October 3rd. LR 7.5E.

3) Undersigned counsel has another matter set for hearing on October 11th and is not available on that morning for oral argument.

4) In addition, the parties are close to settlement of this matter.

WHEREFORE, for the foregoing reasons, Plaintiff requests that the Defendants' motion for summary judgment be continued to the next hearing date that is available after October 11th and that the time to file its opposition be extended accordingly.

DATE OF ENTRY
OCT 3 2000

Respectfully submitted,

_____
Alexandra E. Mora, #23535
614 Tchoupitoulas Street
New Orleans, Louisiana 70130
Telephone: (504) 566-0233
Fax: (504) 566-7185

## CERTIFICATE OF SERVICE

I hereby certify that on the 27 day of ~~July~~ Sept, 2000, a copy of the foregoing PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME was served by depositing same in the U.S. Mail, postage prepaid and properly addressed to the following:

E. Ross Buckley
Buckley & Hayes, L.L.P.
1010 Common Street
New Orleans, LA 70130

W. Marvin Hall
Hailey McNamara
1 Galleria Blvd.
Suite 1400
Metairie, LA 70001

_____
Alexandra E. Mora

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUISIANA ACORN FAIR HOUSING, INC., ) <br> Plaintiff, ) <br> ) <br> versus ) <br> ) <br> THOMAS ENELOW, ET AL. ) | CASE NO. 00-0122 <br><br> Sec. L, Mag. 5 |

ORDER

CONSIDERING the foregoing unopposed motion for a continuance of the hearing on Defendants' motion for summary judgment and motion for an extension of time in which to file an opposition,

IT IS HEREBY ORDERED, that the Defendants' motion for summary judgment be continued to _____ day of _____, 2000, at ___:___ . m., and Plaintiffs' opposition be due 8 days prior to that date.

Signed this _____ day of _____, New Orleans, Louisiana.

Denied as moot. See Minute Entry of Judge Shushan dated September 26, 2000.

_____
U.S. District Court Judge